United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANNE CASTRO,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.15-CV-01309-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Joel Waelty; Christopher Wilhelmi
Defendants' Attorney: Michael Bernacchi

    An initial case management conference was held on August 5, 2015. A further case management conference is set for November 18, 2015, at 2:00 p.m. The parties shall file their joint case management statement by November 11, 2015.

    The parties are hereby referred to court-sponsored mediation with a deadline of November 4, 2015.

    The parties shall exchange initial disclosures by August 12, 2015.

    The Court set the following case schedule:

FACT DISCOVERY CUTOFF: December 31, 2015

1

Case No. 15-CV-01309-LHK
CASE MANAGEMENT ORDER

CROSS-MOTIONS FOR SUMMARY JUDGMENT shall be filed by March 1, 2016. The parties shall file oppositions to cross-motions for summary judgment by March 29, 2016. The parties waived their right to file replies in support of cross-motions for summary judgment. The hearing on cross-motions for summary judgment shall be April 21, 2016, at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-01309-LHK
CASE MANAGEMENT ORDER