UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CASTRO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01309-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 30, 2015<br>Mediator:  Robert Luft |

　　　　IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life and Accident Insurance Company's corporate representative from appearing in person at the October 20, 2015, mediation before Robert Luft is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated:  October 20, 2015

_____
Maria-Elena James
United States Magistrate Judge