United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANNE CASTRO,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 15-CV-01309-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for November 18, 2015, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are ORDERED to file one Joint Case Management Statement by November 16, 2015, at 10:00 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: November 12, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01309-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT